UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN BUFFINGTON, NANCY HELMOLD, SARAH KRAMER, and CYRINDA CRAIG, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

SPAY, INC. d/b/a STACK SPORTS,

                    Defendant.

**ORDER**

24-CV-02541 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs' May 13, 2025 discovery dispute letter requesting that the Court direct Defendant to produce certain documents outside the scope of the arbitration issue is DENIED. (Doc. 45). To the extent Defendant seeks the imposition of sanctions, that request is DENIED. (Doc. 47).

    The issue of arbitration will be tried to a jury. *See Salamaya v. MasTec Inc.*, No. 11-CV-01633, 2012 WL 13137095, at *2 (M.D. Fla. Apr. 4, 2012) ("Even if the Court were to find that [plaintiff's] demand for jury trial was untimely, it would exercise its discretion to excuse the technical waiver and permit a jury trial . . . . because [plaintiff] included a demand for jury trial in his initial Complaint, and permitting a jury trial on the arbitration issue will in no way delay determination of [defendant's] demand for arbitration.").

    The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 45).

                                        **SO ORDERED.**

Dated: White Plains, New York
         May 15, 2025

                                      PHILIP M. HALPERN
                                      United States District Judge