**VIA ECF**

Hon. Philip M. Halpern
United States District Court
for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

> Application denied without prejudice. The date fixed by the scheduling order for the filings required under Individual Practices Rule 6(A) and 6(B) is September 30, 2025. Rule 6(C) opposition is due one week thereafter, pursuant to the rule.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             September 10, 2025

Re:   *Steven Buffington, et al. v sPay, Inc. d/b/a Stack Sports,* No. 24-cv-2541

Dear Judge Halpern:

      This letter is submitted jointly by the parties to request a stay of the deadline to file pre-trial submissions. Specifically, paragraph 17 of the Court Civil Case Discovery Plan and Scheduling Order on the Issue of Arbitrability ("Scheduling Order"), ECF No. 36, states, "The pre-trial submissions required by the Court's Individual Practices Rule 6 shall be filed in accordance with the Rules by September 30, 2025."

      On September 8, 2025, Plaintiffs filed a Motion for Reconsideration of the Opinion and Order Denying Defendant's Motion to Compel Arbitration. *See* ECF Nos. 53-55.

      Additionally, Defendant intends to seek judicial permission to file a Motion for Partial Summary Judgment on the Issue of Arbitrability. On September 8, 2025, Defendant served Plaintiffs with a Statement of Material Facts, pursuant to Local Rule 56.1 and Rule 4(E) of the Court's Individual Practices.

      In light of the Plaintiffs' Motion for Reconsideration and Defendant's upcoming Motion for Partial Summary Judgment, the parties respectfully request the Court stay the September 30, 2025 deadline for pre-trial submissions as follows:

1. Pre-trial submissions under the Court's Individual Practices Rule 6.A. are stayed until 30 days after a decision denying both Plaintiffs' Motion for Reconsideration and Defendant's Motion for Partial Summary Judgment, whichever is later.

2. Pre-trial submissions under the Court's Individual Practices Rules 6.B are stayed until 30 days after the filing of the Joint Pre-trial Order under Rule 6.A; and

3. Pre-trial submissions under Rule 6.C are stayed until one week after the submissions on Rule 6.B.

Alternatively, if the Court denies the parties' request to stay the deadlines as outlined above, the parties respectfully request clarification on the Scheduling Order. Specifically, is the Court looking for all pre-trial submissions under Rules 6.A, 6.B, and 6.C by September 30, 2025, or simply the pre-trial submissions under Rule 6.A by September 30, 2025, with submissions under Rule 6.B 30 days later, and under 6.C one week after that?

Respectfully submitted,

*s/Dylan P. Kletter*
Dylan P. Kletter

*Counsel for Defendant sPay, Inc. d/b/a Stack Sports*


*s/Charles D. Moore*
Charles D. Moore

*Counsel for Plaintiffs and the Proposed Classes*