UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN BUFFINGTON, NANCY
HELMOLD, SARAH KRAMER, and
CYRINDA CRAIG, on behalf of themselves and
all others similarly situated,

**ORDER**

Plaintiffs,

-against-

24-CV-02541 (PMH)

SPAY, INC. d/b/a STACK SPORTS,

Defendant.

PHILIP M. HALPERN, United States District Judge:

All parties appeared for a pre-motion conference today.

For the reasons stated on the record and the law cited therein, the Court DENIED Plaintiffs'

motion for reconsideration (Doc. 55).

By December 10, 2025, Defendant shall produce to Plaintiffs the documentation regarding

agreements between it and the client leagues as discussed in more detail at the conference.

The parties are directed to meet and confer and file a letter by December 12, 2025 advising

the Court as to the following:

1) Whether and the extent to which Plaintiffs' requests to seal remain extant (Doc. 53,

   Doc. 69) (i.e., whether Defendant maintains its wholesale confidentiality designations

   for the documents forming the basis of Plaintiffs' pending motions to seal, or whether

   all or any portions of the documents filed provisionally under seal can be publicly

   filed);

2) Whether the parties agree to arbitrate their dispute;

3) Whether, in light of the Court's comments and extensive discussion on the record

   today, Defendant intends to press its motion for summary judgment and if so, advise

the Court of the proof that would enable it to adjudicate a motion for summary judgment.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 55).

**SO ORDERED.**

Dated:   White Plains, New York
         December 3, 2025

PHILIP M. HALPERN
United States District Judge