# REESE LLP

<u>**Via ECF**</u>                                                      February 3, 2026

Honorable Philip M. Halpern
 United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *Buffington et al. v. sPay, Inc.*
               Case No. 7:24-cv-02541-PMH (S.D.N.Y.)

Dear Judge Halpern:

Along with co-counsel, my firm and I represent plaintiffs and the proposed classes in the above-referenced action. I submit this letter to request an adjournment of the hearing currently scheduled for tomorrow.

My co-counsel Amanda Rosenberg was initially scheduled to be the person who would argue for plaintiffs. However, she (and her family) have become ill, making travel for her impossible.

I was supposed to replace Ms. Rosenberg at the hearing tomorrow. However, this afternoon I also have become sick with nausea and other flu-like symptoms and am not sure I could make the hearing in my current condition. I also would not want to risk exposing other people in the courtroom to my illness. Accordingly, I request an adjournment of the hearing tomorrow to a date to be scheduled in the near future when counsel for the parties are able to attend in good health.

> Application granted. The conference scheduled for February 4, 2026 is adjourned to February 23, 2026 at 10:00 a.m. to be held in courtroom 520 of the White Plains courthouse. By February 17, 2026, Plaintiffs shall revise their responses to the Rule 56.1 Statement as necessary and file the revised document so as to comply with the rules applicable to summary judgment motion practice, in particular by admitting, or denying and controverting with citation to record evidence, and not by objection to admissibility of a document or otherwise. *See, e.g., Emanuel v. Gap, Inc., et al.*, 2022 WL 3084317 (S.D.N.Y. Aug. 3, 2022).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        February 3, 2026