UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN BUFFINGTON, NANCY
HELMOLD, SARAH KRAMER, and
CYRINDA CRAIG, on behalf of themselves and
all others similarly situated,

                     Plaintiffs,

          -against-

SPAY, INC. d/b/a STACK SPORTS,

                   Defendant.

**ORDER**

24-CV-02541 (PMH)

PHILIP M. HALPERN, United States District Judge:

The conference previously scheduled for February 23, 2026 and adjourned without date due to the court closure is hereby rescheduled to March 17, 2026 at 2:30 p.m. to be held in courtroom 520 of the White Plains courthouse.

**SO ORDERED.**

Dated:   White Plains, New York
         February 25, 2026

PHILIP M. HALPERN
United States District Judge