UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN BUFFINGTON, NANCY
HELMOLD, SARAH KRAMER, and
CYRINDA CRAIG, on behalf of themselves and
all others similarly situated,

**ORDER**

Plaintiffs,

-against-

24-CV-02541 (PMH)

SPAY, INC. d/b/a STACK SPORTS,

Defendant.

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person conference today. For the reasons set forth on the record and the law cited therein, Plaintiffs' motions *in limine* (Doc. 71) are GRANTED IN PART and DENIED IN PART as stated on the record.

The Court granted Defendant leave to move for summary judgment and set the following briefing schedule: Defendant shall serve, not file, its motion by April 7, 2026; Plaintiffs shall serve, not file, their opposition by May 5, 2026; Defendant shall serve its reply on May 19, 2026; and all papers shall be filed on the reply date, May 19, 2026.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 71).

**SO ORDERED.**

Dated:    White Plains, New York
          March 17, 2026

_____
PHILIP M. HALPERN
United States District Judge